

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00150-CV

### IN THE ESTATE OF MARIA LUISA AGUILAR

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2020PB5000085-L1
Honorable Hugo Martinez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's orders are AFFIRMED. We tax costs of court for this appeal against Roberto Aguilar Jr.

SIGNED May 24, 2023.

_____
Patricia O. Alvarez, Justice